**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:   Aracely Harris | Case No. 6:11-bk-23463-MJ<br>Chapter 13 |
| Debtor. | **ORDER AND NOTICE OF ORDER RE: DISMISSAL PURSUANT TO 11 U.S.C. § 109 (g)** |

The court, having *sua sponte* considered the petition filed by, or on behalf of, the above named Debtor, and finding that the filing of the petition was part of a continuing scheme to hinder, delay or defraud creditors coupled with a willful failure of debtors to abide by the orders of the court or to appear before the court in proper prosecution of the case, it is

**ORDERED** that the above referenced chapter 13 case is dismissed; and it is further

**ORDERED** that the Debtor is hereby enjoined from filing a subsequent petition under title 11 of the United States Code for a period of 180 days from the date of this order pursuant to 11 U.S.C. § 109(g)(1).

DATED: 5-17-11

Meredith A. Jury
United States Bankruptcy Judge